# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Damian ESPINOZA-Gonzalez**<br>DOB: xx/xx/1995<br>United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**19-01916MJ** |

Complaint for violation of Title 18 United States Code § 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 25, 2019, at or near Nogales, Phoenix, and elsewhere within the District of Arizona, Damian ESPINOZA-Gonzalez knowingly exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: one Glock 19C Gen 4 9mm pistol, one Beretta 92FS 9mm pistol, one Colt Government 1911 9mm pistol, one Pioneer Arms Hellpup 7.62x30mm pistol, one Romarm/Cugir Draco 7.62x39mm pistol, one Omni Hybrid .300 Blackout pistol, one Diamondback DB15 .223/5.56 rifle, one Bushmaster XM15-E25 .223/5.56 rifle, 6,000 rounds of Wolf 7.62x39mm ammunition, and 2,000 rounds of FN 5.7x28mm ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 25, 2019, Damian ESPINOZA-Gonzalez was the driver and sole occupant of a vehicle stopped for outbound inspection at the Mariposa Port of Entry in Nogales, Arizona. A Customs and Border Protection officer asked ESPINOZA-Gonzalez if he had anything to declare, and he stated that he had weapons. ESPINOZA-Gonzalez's vehicle was searched, and officers found one Glock 19C Gen 4 9mm pistol, one Beretta 92FS 9mm pistol, one Colt Government 1911 9mm pistol, one Pioneer Arms Hellpup 7.62x30mm pistol, one Romarm/Cugir Draco 7.62x39mm pistol, one Omni Hybrid .300 Blackout pistol, one Diamondback DB15 .223/5.56 rifle, one Bushmaster XM15-E25 .223/5.56 rifle, 6,000 rounds of Wolf 7.62x39mm ammunition, and 2,000 rounds of FN 5.7x28mm ammunition. Some of these items were found in the rear seat area wrapped in black plastic trash bags, and others were found in the trunk of the vehicle, some of which were also wrapped in black plastic trash bags. ESPINOZA-Gonzalez was interviewed after being advised of and waiving his Miranda rights, and admitted that he had intended to smuggle the items to Mexico and only declared that he had weapons when he was confronted by the officer. ESPINOZA-Gonzalez admitted that he had transported the items from Phoenix, Arizona, that morning with the intent of delivering them to an unknown person in Mexico. This person going to pay ESPINOZA-Gonzalez $1,500 for smuggling the weapons. ESPINOZA-Gonzalez admitted that he knew taking firearms and ammunition into Mexico was illegal.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>REVIEWED by AUSA Angela W. Woolridge | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>HSI Special Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 26, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54